AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of New York

| | |
|---|---|
| EON INTERNATIONAL CORPORATION | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No. |
| SAFECOMM PRODUCTS, LLC | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SAFECOMM PRODUCTS, LLC
3221 Southwestern Boulevard, Suite 290
Orchard Park, New York 14127

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

|  |  |
|---|---|
| Michael A. Brady, Esq. | David J. Habib, Jr., Esq. |
| Daniel J. Brady, Esq. | 2835 Townsgate Road, Suite 102 |
| 69 Delaware Ave., Suite 1010 | Westlake Village, CA 91361 |
| Buffalo, NY 14202 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____ 06/10/2019 _____

_____
*Signature of Clerk or Deputy Clerk*