UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

EON INTERNATIONAL CORPORATION,

        Plaintiff,

v.

                                                 Civil Case No.: 19-cv-00764

SAFECOMM PRODUCTS, LLC,

        Defendant.

---

## AFFIDAVIT OF SERVICE

        I hereby certify that on September 9, 2019, I served Defendant SAFECOMM PRODUCTS, LLC with copies of Plaintiff's Request for Entry of Default, supporting Affidavit of Daniel J. Brady, Esq., sworn to September 6, 2019, together with a proposed Entry of Default, which were electronically with the Clerk of the District Court using its CM/ECF system, by first class mail upon:

        SafeComm Products LLC
        3221 Southwestern Blvd., Suite 290
        Orchard Park, NY  14127

Defendant's last known address

and upon Defendant's Registered Agent for Service of Process, as identified by Defendant in its filing with the NYS Department of State, Division of Corporations, at:

        SafeComm Products LLC
        c/o Norman Bennett
        638 Hertel Ave.
        Buffalo, NY  14207

                                    s/ Daniel J. Brady
                                    **DANIEL J. BRADY**