UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

EON INTERNATIONAL CORPORATION

                Plaintiff(s),

v.                                         19-CV-764

SAFECOMM PRODUCTS, LLC,

                Defendant(s).
_____

## **CLERK'S ENTRY OF DEFAULT**

It appearing that Defendant(s)

Safecomm Products, LLC

are (is) in Default for failure to appear or otherwise defend as required by law, Default is hereby entered as against said defendants on this day of October 9, 2019.

                                                    MARY C. LOEWENGUTH
                                                         Clerk of Court
                                                  United States District Court


                                                By: <u>s/Suzanne Grunzweig</u>
                                                      Deputy Clerk