UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

EON INTERNATIONAL CORPORATION

Plaintiff,

v.  Index No. # 19-CV-7645

SAFECOMMPRODUCTS LLC

Defendant.

## AFFIDAVIT OF SERVICE ON AN INDIVIDUAL OR CORPORATION

STATE OF NEW YORK )
): ss:
COUNTY OF ☐ ERIE )

_____Douglas A. DiFilippo_____ being duly sworn, deposes and says that he is over 18 years of age and not a party to this action; that on the __1__ day of __September__ 20__20__ at approximately __7:11__ AM/PM at __21 Oakwell Ct, Elma NY 14-59__, New York. Deponent served the __Order - Notice of Motion__ on __SafeComm Products, LLC__, the defendant named herein, in the following manner: __for Default Judgment__.

☐ Individual   By delivering to and leaving with said _____ personally a true copy thereof, and that he knew the person so served to be _____ the person mentioned and described in said _____.

☒ Corporation   By delivering to and leaving with __Albert "Sonny" Hawkins__, and he knew the person so served to be __Manager - CEO SafeComm Product__ of the defendant corporation.
# wouldn't come out - went inside when I pulled up, she came out from back - wife

☐ Responsible Person   By delivering to and leaving with _____ a true copy of thereof, a person of suitable age and discretion. Said premises being the defendants (dwelling place; usual place of abode; place of business) within the State of New York. When I spoke with at

☐ Substituted   By affixing a true copy thereof to the door of said premises the same being the defendants (dwelling place) within the State of New York. shop at 525 Bullis sneak

☐ Mail   Deponent also served w copy of the _____ by depositing a true copy of the same in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States post office in the state of New York.

☐ Previous Attempt(s)   Deponent had previously attempted to serve the above name defendant(s) pursuant to CPLR §308
at __3221 Southwestern #246__ on the __1__ day of __September__ 20__20__ AM/PM   w/s PO BOX
at __525 Bullis (shop)__ between on the __1__ day of __September__ 20__20__ AM/PM  12:45 PM
at __21 Oakwell Elma NY__ on the __1__ day of __September__ 20__20__ AM/PM  7:11 PM

☐ Description   the person served would be described as approximately __52__ years of age __185__ lbs __6__ ft __0__ in ____
☒ Male ☐ Female __white__ hair __white__ skin _____ eyes
Other. * she told me to leave property + get a real   Black Jeep Plt# 26053JP

☒ Military   To the best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.   dub she spoke to him in the back - she picked up papers + threw them in garbage to Kathryn Buzmak Hawkins

Sworn to me this __4th__ day of __Sept__ 20__20__

_____
Doug DiFilippo

MICHAEL A. BRADY
#02BR4878909
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ERIE COUNTY
MY COMMISSION EXPIRES NOV. 10, 20__22__