# Exhibit A

Law Office Of
## DAVID J. HABIB, JR.
2835 Townsgate Road, Suite 102
Westlake Village, California 91361-3041 USA

☎ 805.494.7393
📠 805.379.0345

✉ davidh@habiblaw.com
www.habiblaw.com

December 18, 2017

### VIA EMAIL ATTACHMENT AND FIRST CLASS MAIL

SafeComm Products, LLC
Attn: Sonny Hawkins
3221 Southwestern Boulevard
Suite 290
Orchard Park, New York 14127



Ref: EON International Corporation adv. SafeComm Products, LLC

Dear Mr. Hawkins,

### This letter constitutes a confidential settlement communication protected pursuant to Rule 408 of Federal Rules of Evidence.

This office has been retained by EON International Corporation, Tokyo, Japan, in connection with your company's breach of EON purchase orders nos. SVL-14224, SVL-15158, SVL-16098, SVL-16370, SVL-15171 and SVL-15172, by failing to timely deliver conforming goods. As you know, these orders concerned goods intended for use by first responder agencies in Japan. Those agencies rejected some goods outright as untimely and/or non-conforming, subjecting EON to cancellation charges. Other goods were accepted subject to EON incurring late fee penalties and additional installation, freight, repair, and other charges. As you also know, your failures in this regard caused EON to be barred from further sales to these agencies for a period of two years.

This letter constitutes EON's demand that you promptly remit to this office the sum of US$38,615.50, which sum represents the minimum damages suffered by EON as a result of your actions, as described above; i.e.:

| SVL-14244 | Non Installation of Communication Equipment Per Order |
|---|---|
| SVL-15158 | Non Installation of Communication Equipment Per Order |
| SVL-16098 | Nonconforming Helmets Received Too Late to Repair/Order Cancelled |
| | Associated Freight and Cancelation Charges |

1

| | |
|---|---|
| SVL-16370 | Associated Late Fee Charge |
| SVL-15172 | Associated Repair Charges |
| SVL-15171 | Refund of Payment by EON to Northwall |
| | Associated Freight and Repair Charges |

Your remittance should be made payable to "David J. Habib Client Trust Account". Wire and/or credit card remittance instructions are available upon request.

If we do not receive the requested payment or a credible commitment and date for receipt of such payment by close of business December 28th, we have been instructed to institute legal proceedings against you for all damages suffered by EON, including consequential damages, and all other amounts allowed by law.

We look forward to receiving a reply at your earliest convenience.

Very truly yours,

DAVID J. HABIB, JR.

cc: client

2