Exhibit B

**From:** **davidh habiblaw.com** davidh@habiblaw.com
**Subject:** Re: Attn: Sonny Hawkins; Eon Int'l Corp adv SafeComm Products
**Date:** December 18, 2017 at 4:44 PM
**To:** atom@zat.att.ne.jp, windy311111@yahoo.co.jp, janscogroup@mindspring.com



Gentlemen,

Mr. Hawkins has acknowledged by email his receipt of my letter dated today.

> On December 18, 2017 at 1:10 PM "davidh habiblaw.com" wrote:
>
> Mr. Hawkins,
>
> Please see attached letter of even date; original is enroute via mail.
>
> David J. Habib, Jr.
> LAW OFFICE OF DAVID J. HABIB
> 2835 Townsgate Road, Suite 102
> Westlake Village, CA 91361 USA
> tel: 805.494.7393
> fax: 805.379.0345
> [www.habiblaw.com](http://www.habiblaw.com)
>
> Vice Chair, District Export Council of So. California
> "By Appointment of the U.S. Secretary of Commerce"
>
> Please see my Linked In profile: https://www.linkedin.com/profile/view?id=AAIAAABrql0BrLNCeHyJrYrwA-QHZTguBXJE-aI&trk=nav_responsive_tab_profile
>
> PRIVILEGED AND CONFIDENTIAL COMMUNICATION.
> This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

David J. Habib, Jr.

LAW OFFICE OF DAVID J. HABIB

2835 Townsgate Road, Suite 102

Westlake Village, CA 91361 USA

tel: 805.494.7393

fax: 805.379.0345

[www.habiblaw.com](http://www.habiblaw.com)

Vice Chair, District Export Council of So. California

*"By Appointment of the U.S. Secretary of Commerce"*

Please see my Linked In profile: https://www.linkedin.com/profile/view?id=AAIAAABrql0BrLNCeHyJrYrwA-QHZTguBXJE-aI&trk=nav_responsive_tab_profile

PRIVILEGED AND CONFIDENTIAL COMMUNICATION.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.