UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

EON INTERNATIONAL CORPORATION,

        Plaintiff,                    Civil Case No.: 19-CV-764

v.

                                         SUPPLEMENTAL
                                         DECLARATION OF
SAFECOMM PRODUCTS, LLC,         DANIEL J. BRADY IN
                                         OPPOSITION TO
                                         MOTION TO VACATE

        Defendant.

_____

        Daniel J. Brady, Esq., declares, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

        1.    I am an attorney at law, duly licensed to practice in the State of New York and a member of the firm of Hagerty & Brady, attorneys for Plaintiff EON International Corporation ("EON"). I have personal knowledge of the facts and circumstances set forth herein.

        2.    I submit this supplemental declaration in opposition to the motion of Defendant Safecomm Products, LLC ("Safecomm") to vacate the default entered by the Clerk on October 9, 2019.

        3.    In my prior declaration, electronically filed today, I failed to include in "Exhibit B" the Read Receipt showing that Mr. Sonny Hawkins

received and opened the email from Mr. Habib on December 18, 2017, alerting Safecomm to this dispute. I attach that Read Receipt as **Exhibit A** hereto.


DATED: November 18, 2020
Buffalo, NY

                                         s/ Daniel J. Brady
                                         Daniel J. Brady

2