# Exhibit A

**From:** David Habib davidh@habiblaw.com
**Subject:** Fwd: Read: Attn: Sonny Hawkins; Eon Int'l Corp adv SafeComm Products
**Date:** November 18, 2020 at 4:02 PM
**To:** mbrady@hagerty-brady.com, dbrady@hagerty-brady.com



> ---------- Original Message ----------
> From: Sonny Hawkins <shawkins@tigerperformance.com>
> To: "'davidh habiblaw.com'" <davidh@habiblaw.com>
> Date: December 18, 2017 1:32 PM
> Subject: Read: Attn: Sonny Hawkins; Eon Int'l Corp adv SafeComm Products
>
> Your message
>
>   To:  sales@safecommproducts.com
>   Cc:  shawkins@tigerperformance.com
>   Subject:  Attn: Sonny Hawkins; Eon Int'l Corp adv SafeComm Products
>   Sent:  12/18/2017 4:10 PM
>
> was read on 12/18/2017 4:32 PM.

David J. Habib, Jr.

LAW OFFICE OF DAVID J. HABIB

2835 Townsgate Road, Suite 102

Westlake Village, CA 91361 USA

tel: 805.494.7393

fax: 805.379.0345

www.habiblaw.com

Chair, District Export Council of So. California

*"By Appointment of the U.S. Secretary of Commerce"*

Please see my Linked In profile: https://www.linkedin.com/profile/view?id=AAIAAABrql0BrLNCeHyJrYrwA-QHZTguBXJE-aI&trk=nav_responsive_tab_profile

PRIVILEGED AND CONFIDENTIAL COMMUNICATION.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.